UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
HELEN SWARTZ,                                               :
                                    Plaintiff,              :
                                                            :  21 Civ. 7509 (LGS)
            -against-                                       :
                                                            :  ORDER
LAM GEN 25 LLC,                                             :
                                    Defendant.              :
                                                            :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Civil Case Management Plan and Scheduling Order, dated October 27, 2021 (Dkt. No. 12), directed the parties to file a joint status letter on January 4, 2022.

WHEREAS, the parties have not filed a joint status letter. It is hereby

**ORDERED** that by **January 7, 2022**, the parties shall file a joint status letter.

Dated: January 5, 2022
       New York, New York

                                            _____
                                            LORNA G. SCHOFIELD
                                            UNITED STATES DISTRICT JUDGE